EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Héctor Santiago Ortiz | 2008 TSPR 39 <br><br> 173 DPR _____ |

Número del Caso: TS-4866

Fecha: 29 de febrero de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcda. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja voluntaria al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Héctor Santiago Ortiz                    TS-4866

RESOLUCIÓN

San Juan, Puerto Rico, a 29 de febrero de 2008.

Examinada la moción solicitando que se le autorice a darse de baja de la abogacía, se accede a lo solicitado.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo